Anita Grossman, Appellee, v. Samuel Grossman, Appellant.

Gen. No. 41,810.

Heard in third division, first district, this court at October term, 1941; opinion filed June 24, 1942. Rathje, Hinckley, Barnard & Kulp, for appellant; Francis E. Hinckley, of counsel; Ehrlich & Cohn, for appellee; Benjamin H. Ehrlich and Aaron H. Cohn, of counsel. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."